PRAECIPE FOR SUMMONS

```
SOUTHERN DISTRICT OF MISSISSIPPI
           FILED
        NOV 5 2025
        ARTHUR JOHNSTON
BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:25cr189HSO-BWR

JAVIER EMERARDO AJCALON-GONZALEZ
(Wherever Found)

The Clerk of said Court will issue summons returnable on November 13, 2025, at 9:30 a.m., before Robert P. Myers, Jr., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on November 5th, 2025.

This 5th day of November 2025.

PATRICK A. LEMON
Acting United States Attorney

By: _____
STAN HARRIS
Assistant United States Attorney
MS Bar # 2000

Summons issued: _____

SBH/FBI