AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| Javier Emerardo Ajcalon-Gonzalez (wherever found) | ) Case No. 1:25cr189 HSO-BWR |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court<br>2012 15th St.<br>Gulfport, MS 39501 | Courtroom No.: G-881 |
|---|---|---|
| | | Date and Time: 11/13/2025 9:30 am |

This offense is briefly described as follows:
Forcibly Resist or Impede a Federal Officer or Agent

Date: 11/06/2025

ARTHUR JOHNSTON, CLERK

*J. Hough*
Issuing officer's signature

J. Hough, Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

FILED
NOV 21 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Date: 11/13/2025

Server's signature

K. Patrick Dush
Printed name and title