PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 1:25-cr-00189-HSO-BWR

JAVIER EMERARDO AJCALON-GONZALEZ
(Wherever Found)

The Clerk of said Court will issue summons returnable on December 16, 2025, at 9:00 a.m., before Bradley W. Rath., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, a Superseding Indictment against the above-named defendant having been filed in the above-entitled cause on December __9__, 2025.

This __9__ day of December 2025.

                              J.E. BAXTER KRUGER
                              United States Attorney

By: _____
      STAN HARRIS
      Assistant United States Attorney
      MS Bar # 2000

Summons issued: _____

SBH/FBI