AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

DEC 10 PM2:32

| United States of America | ) |
| v. | ) |
|  | ) |
| Javier Emerardo Ajcalon-Gonzalez | ) Case No. 1:25cr189HSO-BWR |
| (Wherever Found) | ) |
|  | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street<br>Gulfport, MS 39501 | Courtroom No.: 683 |
| | Date and Time: 12/16/2025 9:00 am |

This offense is briefly described as follows:

Forcibly Resisting or Impeding a Federal Agent.
Unlawful Transportation or Moving of an Alien with the United States for Commercial Advantage or Private Financial Gain.

Date: 12/10/2025

ARTHUR JOHNSTON, CLERK

*P. Stokes*
*Issuing officer's signature*

P. Stokes, Deputy Clerk
*Printed name and title*

FILED
DEC 16 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

I declare under penalty of perjury that I have:

☒ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 12/16/25

*Server's signature*

SDUSM Jason Brachett
*Printed name and title*